IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PETER J. GIMENEZ, D.D.S., P.C., d/b/a Heartland Dental; | 8:17CV3087 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| HEARTLAND DENTAL, LLC, a Delaware limited liability company; | |
| Defendant. | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the Complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 10th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge